Andre L. Verdun, ESQ. (SBN 265436)
**CROWLEY LAW GROUP**
401 West A Street, Ste 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
andreverdun@crowleylawgroup.com

Attorney for Plaintiff
Marty Freywald

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTY FREYWALD,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CAPITAL ONE NA**<br><br>　　　　Defendants. | Case No.: 2:14-cv-05021-MRW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

**TO THE COURT:**

　　Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled and to request 45 days in which to file the dismissal.

Dated:  August 26, 2014            **CROWLEY LAW GROUP**

　　　　　　　　　　　　　　　　 s/Andre L. Verdun
　　　　　　　　　　　　　　　ANDRE L. VERDUN
　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　MARTY FREYWALD

- 1