Andre L. Verdun, ESQ. (SBN 265436)
**CROWLEY LAW GROUP**
401 West A Street, Ste 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
andreverdun@crowleylawgroup.com

Attorney for Plaintiff
Marty Freywald

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTY FREYWALD,** | Case No.: 2:14-cv-05021-MRW |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| **CAPITAL ONE (USA), N.A., and DOES 1-50, inclusive,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Marty Freywald and defendant Capital One, N.A., erroneously sued as Capital One (USA), N.A., hereby stipulate and move to dismiss the above-captioned action, with prejudice, in its entirety.  Each party agrees to pay its own costs and attorneys' fees.

Dated:  September 24, 2014         **CROWLEY LAW GROUP**

   s/Andre L. Verdun
ANDRE L. VERDUN
Attorney for Plaintiff,
MARTY FREYWALD

Dated:  September 24, 2014         **DOLL AMIR & ELEY LLP**

*/s/ Chelsea L. Diaz*
Chelsea L. Diaz
Attorney for Defendant,
Capital One, N.A.